```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAI`I
```

|  |  |
|---|---|
| HAWAII INSULATORS SUPPLEMENTAL PENSION TRUST, ET AL. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 19-00091 ACK-WRP ) |
| A'S INSULATION, INC., ET AL., | ) ) |
| Defendants. | ) ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on July 3, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT A'S INSULATION INC. are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, July 19, 2019.



_____
Alan C. Kay
Sr. United States District Judge

Hawaii Insulators Supplemental Pension Trust, et al. v. A's Insulation, Inc, et al., Civ. No. 19-00091 ACK-WRP, Order Adopting Magistrate Judge's Findings and Recommendation.